ORIGINAL

FILED IN CHAMBERS
U.S.D.C. Atlanta

SEP 29 2011

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL INFORMATION |
| v. | : | |
| | : | NO. 1:11-CR-453 |
| TOMMY HARRIS | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT ONE</u>

1. On September 30, 2008, in the Northern District of Georgia, defendant TOMMY HARRIS, then being an officer of the National Association of Letter Carriers, Branch 1230, a labor organization as defined in Title 29, United States Code, Sections 402(i) and (J) of the United States Postal Service, did unlawfully and willfully embezzle and steal money, funds and property of the National Association of Letter Carriers, Branch 1230, that is, check number 980 drawn on Atlanta Postal Credit Union Account Number xxx xx 1163 in the amount of $700.00, in violation of Title 29, United States Code, Section 501(c).

<u>Forfeiture Provision</u>

(18 U.S.C. § 981(a)(1)(C))

2. All of the allegations set forth in the preceding paragraphs are incorporated herein by reference, as if fully restated.

3. Upon conviction of the offense alleged in Count 1 of this

Information, defendant, TOMMY HARRIS, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) any property constituting or derived from proceeds obtained directly or indirectly as a result of the said violation.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

*Bernita B. Malloy*
BERNITA B. MALLOY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6052
Georgia Bar No. 718905